# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

AMANDA CUELLAR,

    Plaintiff,

v.    No. 1:24-cv-0764 MLG/DLM

DOLGENCORP, LLC,
*doing business as Dollar General*,

DANNY MADRIGAL,
*individually*,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

**THIS MATTER** is before the Court sua sponte under the Court's inherent power to manage its docket. *See Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) ("District courts are afforded great discretion regarding control of the docket and parties.") (quoting *United States v. Orozco*, 916 F.3d 919, 925 (10th Cir. 2019)); *SEC v. Mgmt. Sols., Inc.*, 824 F. App'x 550, 553 (10th Cir. 2020) ("[A] district court has the inherent power to 'manage [its] own affairs so as to achieve orderly and expeditious disposition of cases.'") (quoting *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016)). Accordingly, the Court will conduct a telephonic status conference on **February 26, 2025 at 11:00 a.m. MST**, to discuss setting a settlement conference. To connect to the telephonic status conference, dial: **855-244-8681**, and use access code: **2314 983 7724**.

    **IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE